PETER H. McNULTY, Respondent, *v.* LEWIS J. HOYT (or HEYDT) et al Appellants.

(Argued April 22, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 14, 1887, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*W. E. Osborn* for appellants.

*William J. Gaynor* for respondent.

Agree to affirm; no opinion.
All concur except BRADLEY, J., not voting.
Judgment affirmed.

---

EASTERN DISTILLING COMPANY *v.* THE LONG ISLAND RAILROAD COMPANY

(Argued April 22, 1890; decided June 3, 1890

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 13, 1887, which reversed an order denying a motion to correct a judgment in favor of defendant entered upon a decision of the court on trial at circuit, and modified and affirmed said judgment as modified.

*C. Bainbridge Smith* for plaintiff

*Edward E. Sprague* for defendant.

Agree to affirm; no opinion.
All concur except HAIGHT, J., dissenting.
Judgment affirmed.